

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfredo Garcia, Jr.,

Vs. No. 11-17-00077-CV

Apache Corporation,

\* From the 118th District Court
of Howard County
Trial Court No. 50,316.

\* February 14, 2019

\* Memorandum Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Alfredo Garcia, Jr.